UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | | |
|---|---|---|
| PAUL DEL PRIORE, | ) | CA: 5:22-cv-01005-TMC-KDW |
| | ) | |
| Plaintiff(s), | ) | |
| | ) | |
| v. | ) | |
| | ) | **ORDER** |
| KILOLO KIJAKAZI, | ) | |
| ACTING COMMISSIONER OF | ) | |
| SOCIAL SECURITY, | ) | |
| | ) | |
| Defendant(s). | ) | |

A Motion and Application/Affidavit for Admission *Pro Hac Vice* has been filed in this case and considered by the undersigned.

IT IS ORDERED THAT:

Applicant: Karl E. Osterhout who represents Paul Del Priore

☑  Be **granted** admission *pro hac vice* in this case.

☐  Be **denied** admission *pro hac vice* in this case.

_3/30/2022_
Date

_____
United States District/Magistrate Judge