UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
ORANGEBURG DIVISON

| | |
|---|---|
| PAUL DEL PRIORE,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>KILOLO KIJAKAZI,<br>Commissioner of Social Security,<br><br>　　　　　Defendant. | Civil Action No. 5:22-CV-01005- KDW |

## ORDER

AND NOW, this 1st day of September, 2022, upon consideration of the Defendant's Motion to Remand and any response thereto, it is hereby **ORDERED** that the Defendant's Motion, ECF No. 19, is granted, and this action is remanded to the Commissioner for further evaluation under the fourth sentence of 42 U.S.C. § 405(g).

IT IS SO ORDERED.

September 1, 2022　　　　　　　　　　　　　　　Kaymani D. West
Florence, South Carolina　　　　　　　　　　　United States Magistrate Judge