**UNITED STATES DISTRICT COURT**
**DISTRICT OF SOUTH CAROLINA**
**ORANGEBURG DIVISION**

| | |
|---|---|
| PAUL DEL PRIORE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 5:22-CV-01005- KDW |
| ) | |
| KILOLO KIJAKAZI, ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

<u>ORDER</u>

Upon consideration of Plaintiff's Petition for attorney's fees under 42 U.S.C. § 406(b), ECF No. 28, and Defendant's Response, ECF No. 30, it is this 14th day of November, 2023, by the United States District Court for the District of South Carolina, Plaintiff's Petition is granted.

It is ORDERED that Karl E. Osterhout, Esquire, is awarded an attorney's fee under the Social Security Act, 42 U.S.C. § 406(b), in the gross amount of $42,756.25 (or 25% of Plaintiff's past-due benefits, whichever is less). Plaintiff's counsel will reimburse Plaintiff any fees they previously received under the Equal Access Justice Act (EAJA), 28 U.S.C. § 2412.

IT IS SO ORDERED.

November 14, 2023                                         Kaymani D. West
Florence, South Carolina                           United States Magistrate Judge